IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 21-cr-00024-RBJ | Date: February 28, 2022 |
| Courtroom Deputy: | Emily Buchanan | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Michelle Sinaka |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Celeste Rangel*<br>*Melissa Hindman* |
| v. | |
| 2. KITIRA CHRISTINE HAYS<br>**Defendant** | *David Kraut* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:31 p.m.

Appearances of counsel. Also present at Plaintiff's table: ATF Special Agent Lynn Thrapp.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [125] Motion for Downward Departure Pursuant to USSG § 4A1.3(b) is **DENIED.**

[126] Motion for Non-Guideline Sentence is **DENIED.**

**ORDERED:**   [135] Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under U.S.S.G. § 3E1.1 is **GRANTED.**

[136] Government's Rule 11(c)(1)(A) Motion to Dismiss Counts is **GRANTED.**

**ORDERED:**   Defendant shall be **imprisoned** for **57 months** as to Count One of the Indictment; **120 months** as to Count Five of the Indictment, to be served consecutively.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years as to Count One and 5 years as to Count Five** to be served concurrently.

Defendant shall pay **restitution** to Foot Locker in the amount of $6,525.87 and to DSW in the amount of $429.95, for a total restitution amount of **$6,955.82**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI Phoenix.

**ORDERED:**   **Standard/Mandatory/Special Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee per count, to be paid immediately. No fine is imposed.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  2:20 p.m.          Hearing concluded.          Total time:     00:49